1  Anthony M. Barnes (Bar No. 199048)
2  Email: amb@atalawgroup.com
   AQUA TERRA AERIS LAW GROUP LLP
3  4030 Martin Luther King Jr. Way
   Oakland, CA 94609
4  Phone: (917) 371-8293

5
6  Benjamin A. Harris (Bar No. 313193)
   Email: ben@lawaterkeeper.org
7  LOS ANGELES WATERKEEPER
   360 E. 2nd Street Suite 250
8  Los Angeles, CA 90012
9  Phone: (310) 394-6162

10
   *Attorneys for Plaintiff*
11 LOS ANGELES WATERKEEPER

12
                    **UNITED STATES DISTRICT COURT**
13                  **CENTRAL DISTRICT OF CALIFORNIA**

14

15 | LOS ANGELES WATERKEEPER, a | Case No.: 2:22-cv-02911-RGK-AGR |
   | California non-profit association, | |
16 | | **NOTICE OF LODGING OF** |
17 | Plaintiff, | **[PROPOSED] CONSENT DECREE;** |
   | | **REQUEST FOR ENTRY OF** |
18 | v. | **[PROPOSED] CONSENT DECREE** |
19 | |
   | COMPTON STEEL CO., INC., a |
20 | California corporation, |
21 | |
   | Defendant. |
22

23

24

25

26

27

28

---

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE

WHEREAS, on September 7, 2022, LOS ANGELES WATERKEEPER, ("Plaintiffs") and Defendant COMPTON STEEL CO., INC. ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiffs' complaint; and

WHEREAS, on September 8, 2022, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #19); and

WHEREAS, on September 9, 2022, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree, (ECF #21); and

WHEREAS, on October 24, 2022, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

WHEREAS, on September 8, 2022, Plaintiff submitted a [Proposed] Consent Decree to the Court for approval and entry.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

DATED: October 24, 2022

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

1

2

3          /s/Anthony M. Barnes
           Anthony M. Barnes
4          Aqua Terra Aeris Law Group
           Attorneys for Plaintiff
5          LOS ANGELES WATERKEEPER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE